FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOHN MCCOMISH; NANCY MCLAIN;
TONY BOUIE,
          *Plaintiffs-Appellees,*

                    v.

KEN BENNETT, in his official
capacity as Secretary of State of
the State of Arizona; GARY
SCARAMAZZO; ROYANN J. PARKER;
JEFFREY L. FAIRMAN; LOUIS
HOFFMAN; LORI S. DANIELS, in their
official capacities as members of
the Arizona Citizens Clean
Elections Commission,
          *Defendants-Appellants,*

                    and

CLEAN ELECTIONS INSTITUTE, INC.,
          *Defendant-Intervenor,*

                    v.

DEAN MARTIN; ROBERT BURNS;
RICK MURPHY; ARIZONA FREE
ENTERPRISE CLUB'S FREEDOM CLUB
PAC; ARIZONA TAXPAYERS ACTION
COMMITTEE, agent of Taxpayers
Action Committee,
          *Plaintiff-Intervenors-Appellees.*

No. 10-15165

D.C. No.
2:08- cv-1550 ROS
D Ariz., Phoenix

Jᴏʜɴ MᴄCᴏᴍɪsʜ; Nᴀɴᴄʏ MᴄLᴀɪɴ;
Tᴏɴʏ Bᴏᴜɪᴇ,
                *Plaintiffs-Appellees,*

                    v.

Kᴇɴ Bᴇɴɴᴇᴛᴛ, in his official
capacity as Secretary of State of
the State of Arizona; Gᴀʀʏ
Sᴄᴀʀᴀᴍᴀᴢᴢᴏ; Rᴏʏᴀɴɴ J. Pᴀʀᴋᴇʀ;
Jᴇғғʀᴇʏ L. Fᴀɪʀᴍᴀɴ; Lᴏᴜɪs
Hᴏғғᴍᴀɴ; Lᴏʀɪ S. Dᴀɴɪᴇʟs, in their
official capacities as members of      No. 10-15166
the Arizona Citizens Clean            DC No.
Elections Commission,                 2:08 cv-1550 ROS
                *Defendants,*          D Ariz., Phoenix

                   and                 ORDER

Cʟᴇᴀɴ Eʟᴇᴄᴛɪᴏɴs Iɴsᴛɪᴛᴜᴛᴇ, Iɴᴄ.,
   *Defendant-Intervenor-Appellant,*

                    v.

Dᴇᴀɴ Mᴀʀᴛɪɴ; Rᴏʙᴇʀᴛ Bᴜʀɴs;
Rɪᴄᴋ Mᴜʀᴘʜʏ; Aʀɪᴢᴏɴᴀ Fʀᴇᴇ
Eɴᴛᴇʀᴘʀɪsᴇ Cʟᴜʙ's Fʀᴇᴇᴅᴏᴍ Cʟᴜʙ
PAC; Aʀɪᴢᴏɴᴀ Tᴀxᴘᴀʏᴇʀs Aᴄᴛɪᴏɴ
Cᴏᴍᴍɪᴛᴛᴇᴇ, agent of Taxpayers
Action Committee,
   *Plaintiffs-Intervenors-Appellees,*

On Remand from the Supreme Court of the United States

Filed August 10, 2011

Before: Andrew J. Kleinfeld, A. Wallace Tashima, and
Sidney R. Thomas, Circuit Judges

---

## ORDER

In accordance with the mandate of the Supreme Court in *Arizona Free Enterprise Club's Freedom Club PAC v. Bennett*, 131 S. Ct. 2806 (2011), the judgment of the district court is affirmed.